DERICK E. KONZ, ESQ., SB No. 286902
dkonz@akk-law.com
WILLIAM J. BITTNER, ESQ. No. 292056
wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants CITY OF RED BLUFF, BETH LINDAUER, TOM WESTBROOK, and ANITA RICE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUHN, | Case No.: 2:25-CV-01777-DMC |
| Plaintiff, | **DEFENDANTS' REQUEST FOR A 30-DAY EXTENSION TO FILE RESPONSIVE PLEADINGS; ORDER** |
| vs. | |
| CITY OF RED BLUFF, et al., | |
| Defendants. | |

Defendants removed this action from Tehama County Superior Court on June 25, 2025. ECF No. 1.  Their responsive pleading is due on July 2, 2025. Fed. R. Civ. P. 81(c).  The complaint is twenty pages long and asserts six claims for relief against four Defendants.  Counsel for Defendants needs additional time to meet with the Defendants and analyze each claim before filing a responsive pleading.  Defendants respectfully request a 30-day extension to August 1, 2025.

Dated:  July 1, 2025

ANGELO, KILDAY & KILDUFF, LLP

 */s/ Derick E. Konz*
By:_____
    DERICK E. KONZ
    Attorneys for Defendants

-1-
DEFENDANTS' REQUEST FOR A 30-DAY EXTENSION TO FILE RESPONSIVE PLEADINGS; ORDER

## **ORDER**

Good cause appearing, all Defendants shall file a responsive pleading by August 1, 2025.

Dated: July 1, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE