IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUHN, dba Huhn Electric,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF RED BLUFF, et al.,<br><br>    Defendants. | No.  2:25-CV-1777-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. This action was removed from the Tehama County Superior Court on June 25, 2025. See ECF No. 1. Pursuant to Appendix A to the Court's local rules, this matter has not been assigned to a District Judge. On June 26, 2025, the Court issued an amended initial scheduling order for cases assigned to a Magistrate Judge only under Appendix A. See ECF No. 4. In that order, the Court advised the parties of the availability of consent to a Magistrate Judge for all purposes, including entry of final judgment, and directed the parties to submit consent election forms within 14 days after the date the action was removed from state court. See id. at 1-2. The order further provided: "Because a consent designation assists the court in determining how the action would be administratively processed, the parties are instructed to make their election promptly and notify

/ / /

/ / /

1

the Clerk of the Court as soon as practicable." Id. at 1.  The parties were cautioned as follows:

> . . .The parties are strongly encouraged to submit their consent forms before the filing of any motion, so the motion can be noticed before the proper judge.  Failure to do so may result in the court vacating a hearing or declining to resolve the motion until all consent designations have been submitted.

Id. at 2.

Here, before all parties had submitted a consent election form, Defendants filed a motion to dismiss, which was noticed for hearing before the undersigned in Redding, California, on September 3, 2025, at 10:00 a.m.  See ECF No. 9.  The motion was filed on July 29, 2025, and has not yet been fully briefed.  More than 14 days have passed since the action was removed from state court, and, to date, all parties have not informed the Court regarding consent to proceed before a Magistrate Judge.[1]  The Court will, therefore, consistent with the June 26, 2025, order, vacate the September 3, 2025, hearing.  Defendants' motion to dismiss will not be resolved until such time as all parties submit their consent election forms.  Plaintiff will also be directed to show cause why appropriate sanctions should not be imposed for failure to comply with the Court's order.

Accordingly, IT IS HEREBY ORDERED as follows:

1.  The hearing set before the undersigned on September 3, 2025, is VACATED.

2.  Defendants' pending motion to dismiss, ECF No. 9, will not be resolved until such time as the parties all submit their consent election forms.

3.  Plaintiff is directed to show cause in writing within 30 days of the date of this order why sanctions should not be imposed for failure to comply with the Court's June 26, 2025, order.

Dated:  August 15, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

---

[1] A consent election form has been received by Defendants only.  See ECF No. 6.