IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUHN, dba Huhn Electric,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RED BLUFF, et al.,<br><br>Defendants. | No. 2:25-CV-1777-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On August 15, 2025, the Court directed Plaintiff to show cause why sanctions should not be imposed for failure to inform the Court regarding consent to proceed before a United States Magistrate Judge within the time provided in the Court's June 26, 2025, amended initial scheduling order for cases assigned to a Magistrate Judge only pursuant to Appendix A of the Court's local rules. See ECF No. 12. The hearing on Defendants' motion to dismiss, ECF No. 9, was vacated pending Plaintiff's response to the order to show cause. See id. Plaintiff filed a consent election form on September 9, 2025. See ECF No. 16 (sealed). Good cause appearing therefor, the Court will vacate the August 15, 2025, order to show cause and set a hearing and briefing schedule for Defendants' motion to dismiss.

///

///

Accordingly, IT IS HEREBY ORDERED as follows:

1. The order to show cause issued on August 15, 2025, ECF No. 12, is discharged.

2. Defendants' motion to dismiss, ECF No. 9, is set for hearing before the undersigned via Zoom on November 19, 2025, at 10:00 a.m.

3. Plaintiff's opposition to Defendants' motion to dismiss is due on or before November 3, 2025.

4. Defendants' optional reply brief is due on or before November 12, 2025.

Dated: October 10, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2